## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARAH ALMEIDA RODRIGUEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TITO LIVIO ALMEIDA, DECEASED | * * * * * | CIVIL ACTION NO. 2:20-CV-03280<br><br>SECTION: L |
| VS. | * * | JUDGE ELDON E. FALLON |
| BELL TEXTRON, INC., ARROW AVIATION COMPANY, LLC, DALLAS AIRMOTIVE, INC., AND ROLLS-ROYCE CORP. | * * * * * | MAG. JUDGE DANA DOUGLAS |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

### STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT ARROW AVIATION COMPANY, LLC WITHOUT PREJUDICE

Plaintiff, with the approval of all parties who have appeared, hereby stipulates and agrees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that she is dismissing, and does hereby dismiss, all claims and causes of action that she has asserted herein or could have asserted herein against Defendant Arrow Aviation Company, LLC without prejudice, each party to bear its own fees and costs. This Stipulation does not affect Plaintiff's claims against the remaining Defendants Bell Textron, Inc., Rolls-Royce Corp. and Dallas Airmotive, Inc.

Dated: May 12, 2022

Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: _s/ Lea P. Bucciero_
LEA P. BUCCIERO *(Pro Hac Vice)*

Email: LBucciero@podhurst.com
Secondary Email RMCTeam@podhurst.com

And

SCOTT VICKNAIR, LLC
JENNIFER GREENE, No.30899
909 Poydras Street Ste 1100
New Orleans, LA, 70112-4064
(504) 500-1111
*Attorneys for Plaintiff*


**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 561-5700

By: /s/ *H. Carter Marshall*
H. CARTER MARSHALL – #28136, T.A.
hcmarshall@christovich.com
KEVIN R. TULLY – #1627
krtully@christovich.com
*Attorneys for Rolls-Royce Corporation*


**MCGLINCHEY STAFFORD, PLLC**
601 Poydras St.
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2861

By: /s/ *Brian Michael LeCompte*
BRIAN MICHAEL LECOMPTE
Email: blecompte@mcglinchey.com
FRANCIS H. BROWN, III (#16831)
Email: fbrown@mcglinchey.com
FARREN L. DAVIS (#38714)
Email: fdavis@mcglinchey.com
*Attorneys for Bell Helicopter Textron Inc.*
*And Bell Textron, Inc.*

**CUNNINGHAM SWAIM, LLP**
4015 Main Street Suite 200
Dallas, TX 75226

2

Telephone: 214.646.1495
Facsimile: 214.613.1163


By: /s/ *M. Ross Cunningham*
M. ROSS CUNNINGHAM – PHV
TX Bar No. 24007062
Email: rcunningham@cunninghamswaim.com
BRYAN S. DAVID – PHV
TX Bar No. 24031979
Email: bdavid@cunninghamswaim.com
*Attorney for Arrow Aviation Company, LLC*

**ALLEN & GOOCH, A LAW CORPORATION**
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508
Telephone: 337.292.1410
Facsimile: 337.291.1415

By: /s/ S. Brian Perry
S. BRIAN PERRY - #25209
Email: BrianPerry@AllenGooch.com
Attorney for Arrow Aviation Company, LLC


**KEAN MILLER, LLP**
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051

By: /s/ *Charles R. Talley*
CHARLES R. TALLEY, T.A. (La. Bar #12634)
DANIEL B. STANTON (La. Bar #35337)
Email: Chuck.talley@keanmiller.com
Email: Daniel.stanton@keanmiller.com
Attorney for Dallas Airmotive, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been filed via CM/ECF for electronic distribution to all counsel of record on this 12th day May, 2022.

                                                     s/ *Lea P. Bucciero*
                                                     LEA P. BUCCIERO

## SERVICE LIST

H. CARTER MARSHALL – #28136, T.A.
hcmarshall@christovich.com
KEVIN R. TULLY – #1627
krtully@christovich.com
CHRISTOVICH & KEARNEY, LLP
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 561-5700
Attorneys for Rolls-Royce Corporation

BRIAN MICHAEL LECOMPTE
FRANCIS H. BROWN, III (#16831)
FARREN L. DAVIS (#38714)
McGlinchey Stafford, PLLC (New Orleans)
601 Poydras St.
12th Floor
New Orleans, LA 70130
504-586-1200
Fax: 504-596-2861
Email: blecompte@mcglinchey.com
Email: fbrown@mcglinchey.com
Email: fdavis@mcglinchey.com
Attorneys for Bell Helicopter Textron Inc.
And Bell Textron, Inc.

S. BRIAN PERRY - #25209
Allen & Gooch, a Law Corporation
2000 Kaliste Saloom Road, Suite 400
Lafayette, LA 70508

Telephone: 337.292.1410
Facsimile: 337.291.1415
Email: BrianPerry@AllenGooch.com
Attorney for Arrow Aviation Company, LLC

M. ROSS CUNNINGHAM – PHV
TX Bar No. 24007062
BRYAN S. DAVID – PHV
TX Bar No. 24031979
Cunningham Swaim, LLP
4015 Main Street Suite 200
Dallas, TX 75226
Telephone: 214.646.1495
Facsimile: 214.613.1163
Email: rcunningham@cunninghamswaim.com
Email: bdavid@cunninghamswaim.com
Attorney for Arrow Aviation Company, LLC

CHARLES R. TALLEY, T.A. (La. Bar #12634)
DANIEL B. STANTON (La. Bar #35337)
Kean Miller, LLP
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
Email: Chuck.talley@keanmiller.com
Email: Daniel.stanton@keanmiller.com
Attorney for Dallas Airmotive, Inc