## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARAH ALMEIDA RODRIGUEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TITO LIVIO ALMEIDA, DECEASED | * * * * * | CIVIL ACTION NO. 2:20-CV-03280<br><br>SECTION: L |
| VS. | * * | JUDGE ELDON E. FALLON |
| PANTHER HELICOPTERS, INC., BELL TEXTRON, INC., ARROW AVIATION COMPANY, LLC, AND ROLLS-ROYCE CORP. | * * * * * | MAG. JUDGE DANA DOUGLAS |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Sarah Almeida Rodriguez, as Personal Representative of the Estate of Tito Livio Almeida, deceased, and Defendants Rolls-Royce Corporation and Dallas Airmotive, Inc., who hereby notify this Honorable Court that an amicable resolution to this matter has been reached, and they therefore request that this Honorable Court issue an Order dismissing any and all claims by Plaintiff, Plaintiff, Sarah Almeida Rodriguez, as Personal Representative of the Estate of Tito Livio Almeida, deceased, against Defendants, Rolls-Royce Corporation and Dallas Airmotive, Inc., with prejudice, with each party to pay its own fees and costs.

Respectfully submitted,

**PODHURST ORSECK, P.A.**
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

By: */s/ Lea P. Bucciero*
LEA P. BUCCIERO (Pro Hac Vice)
Email: LBucciero@podhurst.com
Secondary Email RMCTeam@podhurst.com

And
SCOTT VICKNAIR, LLC
JENNIFER GREENE, No.30899
909 Poydras Street Ste 2025
New Orleans, LA, 70112-4064
(504) 500-1111

*Attorneys for Plaintiff*

 -AND-

      */s/ H. Carter Marshall*
H. CARTER MARSHALL – #28136, T.A.
hcmarshall@christovich.com
KEVIN R. TULLY – #1627
krtully@christovich.com
**CHRISTOVICH & KEARNEY, LLP**
601 Poydras Street, Suite 2300
New Orleans, Louisiana 70130
Telephone: (504) 561-5700

*Attorneys for Rolls-Royce Corporation*

-AND-

     */s/ Daniel B. Stanton*
Charles R. Talley, T.A. (La. Bar #12634)
Daniel B. Stanton (La. Bar #35337)
**KEAN MILLER LLP**
First Bank and Trust Tower
909 Poydras St., Suite 3600
New Orleans, LA 70112
Telephone: (504) 585-3050
Facsimile: (504) 585-3051
chuck.talley@keanmiller.com
daniel.stanton@keanmiller.com

*Attorneys for Dallas Airmotive, Inc.*