## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SARAH ALMEIDA RODRIGUEZ, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF TITO LIVIO ALMEIDA, DECEASED | * * * * * | CIVIL ACTION NO. 2:20-CV-03280<br><br>SECTION: L |
| VS. | * * | JUDGE ELDON E. FALLON |
| PANTHER HELICOPTERS, INC., BELL TEXTRON, INC., ARROW AVIATION COMPANY, LLC, AND ROLLS-ROYCE CORP. | * * * * * | MAG. JUDGE DANA DOUGLAS |
| * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

**CONSIDERING** the foregoing Joint Motion to Dismiss with Prejudice filed by Plaintiff, Sarah Almeida Rodriguez, as Personal Representative of the Estate of Tito Livio Almeida, deceased, and Defendants Rolls-Royce Corporation and Dallas Airmotive, Inc.;

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**;

**IT IS FURTHER ORDERED** that any and all claims asserted or that could have been asserted by or on behalf of Plaintiff, Sarah Almeida Rodriguez, as Personal Representative of the Estate of Tito Livio Almeida, deceased, in the above entitled and numbered civil action are hereby **DISMISSED WITH PREJUDICE**, with each party to pay his/her or its own fees and costs.

**IT IS FURTHER ORDERED** that having resolved all claims by and between all parties to above entitled and numbered civil action, this case is hereby **CLOSED**.

New Orleans, Louisiana, this ___14th___ day of __September__, 2022.

_____
UNITED STATES DISTRICT JUDGE